IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RODERICK LEBARON KELLY,<br>    Plaintiff,<br><br>v.<br><br>FEDERAL HOME LOAN MORTGAGE<br>CORPORATION, *et al,*<br>    Defendants. | CIVIL ACTION 1:18-00123-KD-B |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised and there having been no objections filed, the Report and Recommendation of the Magistrate Judge dated August 31, 2018 is **ADOPTED** as the opinion of this Court. It is hereby **ORDERED** that this action is **DISMISSED** without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure as no other lesser sanction will suffice.

**DONE** and **ORDERED** this the **25th** day of **September 2018.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**